# Court of Appeals
# of the State of Georgia

ATLANTA,___August 26, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1065. NORTH GEORGIA MOUNTAIN INVESTMENT GROUP, LLC et al. v. TALLULAH RIVER CO., LLC.**

Tallulah River Co., LLC filed a dispossessory action against North Georgia Mountain Investment Group, LLC and Tallulah River Mountain Resort, Inc. (collectively, "Appellants"). The Appellants filed an answer and a counterclaim. On August 19, 2014, the trial court entered an order dismissing the Appellants' answer and granting an immediate writ of possession. The order, however, is silent as to the pending counterclaim. Appellants filed a direct appeal from this order.

We lack jurisdiction because the trial court's order did not dispose of all the claims between all the parties. See *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 628 (385 SE2d 731) (1989) (In a case involving multiple claims, an order resolving fewer than all of the claims is not a final judgment. "In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). Where neither of these code sections are followed, the appeal is premature and must be dismissed") (citations and punctuation omitted). See also *Landor Condominium Consultants, Inc. v. Bankers First Federal Savings and Loan Assoc.*, 198 Ga. App. 274 (401 SE2d 305) (1991). Because the Appellants' counterclaim remains pending, the challenged order is not a final order and, therefore, is not directly appealable. Accordingly, the appeal is hereby dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,* 08/26/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*